UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Elaine L. Chao, Secretary of Labor,
 United States Department of Labor,

Plaintiff,

v.

Davy's Locker, Inc., Marvin Dolinsky, and
Jeffrey Dolinsky

Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

CIVIL ACTION

FILE NO.

# 02 - 12393 GAO

## COMPLAINT

Plaintiff brings this action to enjoin defendants from violating the provisions of sections 7, 12

and 15(a)(3) of the Fair Labor Standards Act of 1938, as amended (52 Stat. 1060, 29 USC 201),

hereinafter called the Act, and to recover unpaid wages and liquidated damages pursuant to the

provisions of sections 15(a)(2) and 16(c) of the Act.

I.

Jurisdiction of this action is conferred upon the Court by section 17 of the Act and by 28 USC

1345.

II.

Defendant Davy's Locker, Inc. is, and at all times hereinafter mentioned was, a corporation

having an office and place of business at 1480 East Rodney French Boulevard in New Bedford,

Massachusetts within the jurisdiction of this Court and is now, and at all times hereinafter mentioned

(a)  to work more than 18 hours in weeks when school was in session (29 CFR §570.35(a)(3));

(b)  to work more than 8 hours in days when school was not in session (29 CFR §570.35(a)(4));

(c)  to work more than 3 hours in days when school was in session (29 CFR §570.35(a)(5)); and

(d)  to work after 9 p.m  in summer months and after 7 p.m. in other months (29 CFR §570.35(a)(6).

all in violation of regulations duly issued pursuant to authority granted in the Act and published in the

Federal Register and known as (29 CFR §570.35 (Child Regulation 3)).

XI.

Defendants  have employed oppressive child labor in that they employed minors who were 14

and 15 years old in occupations which the Secretary has found to be hazardous even for 16 and 17

year old minors, occupations which involve operating, setting up, adjusting, or cleaning of power-driven

food slicers and grinders, food choppers, cutters and/or bakery-type mixers, which occupations are not

permitted for such minors, in violation of regulations duly issued pursuant to the Act and published in the

Federal Register and known as 29 CFR 570, Subpart C (Child Labor Reg. 3).

XII.

Defendant employed oppressive child labor in that they employed minors who were 16 and 17

years old in occupations involving the operation, setting up, adjusting, or cleaning of power-driven meat

slicers and grinders, meat choppers, or dough mixers, which the Secretary has found to be particularly

hazardous for the employment of such minors, in violation of regulations duly issued pursuant to the Act

and published in the Federal Register and known as 29 CFR 570 Subpart D (Orders 10 and 11).

XIII.

During the period since April 1, 2000, defendants willfully and repeatedly violated and are

violating the aforesaid provisions of the Act, as alleged, and a judgment enjoining such violation is

4

expressly authorized by section 17 of the Act.

WHEREFORE, cause having been shown, plaintiff prays judgment permanently enjoining and restraining defendants, their agents, servants, employees, and those persons in active concert or participation with them, or acting in their interest and behalf, from violating the provisions of sections 7, 12, and 15(a)(3) of the Act, and for such other and further relief as may be necessary or appropriate, and costs.

XIV.

During the period since April 1, 2000, defendants willfully and repeatedly violated and are violating the aforesaid provisions of the Act. An award of actual and liquidated damages is specifically authorized by section 16(c) of the Act.

WHEREFORE, cause having been shown, plaintiff demands judgment ordering payment of unpaid wages found by the Court to be due the employees listed in attached Exhibit "A", plus an equal amount as liquidated damages, and costs.

Post Office Address:
U.S. Department of Labor
Office of Solicitor
JFK Federal Building
Room E-375
Boston, MA 02203
TEL:(617)565-2500
FAX:(617)565-2142

Eugene Scalia
Acting Solicitor of Labor

Frank V. McDermott, Jr.
Regional Solicitor

Constance B. Franklin
Attorney
BBO 177620

U.S. Department of Labor
Attorneys for Plaintiff

Abdelmalek, Roody

Almeida, Jose

Apolito, Cheryl

Bettencourt, Dorothy

Cahill, Julieanne

Coelho, Jacinto

Correia, Manuel

Defaria, Elsa

Desnoyers, Rebecca

Duarte, Rebert

Furtado, Jose

Gomes, Tracey

Lopes, Arthur

Montalvo, Brian

Ouellet, Paul

Pires, Caroline

Selix, Kelly

Sell, Kathy

Silvestre, Jennifer

Stokes, Pamela

Williams, Ronnie


**Elaine L. Chao, Secretary of Labor, U. S. Department of Labor**
**v**
**Davy's Locker, Inc., Marvin Dolinsky and Jeffrey Dolinsky**


**Exhibit A to Complaint**

6